

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Richard L. Voorhees
United States District Judge

**From:** Timothy N Goodman
Senior United States Probation Officer

**Subject:** **CARDWELL, Randy**
Dkt. No. 5:10CR10
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 07/06/2010, the defendant was sentenced pursuant to a conviction for Possession With Intent to Distribute Marijuana. He was sentenced to six (6) months imprisonment, to be followed by 2 years supervised release. His term of supervised release commenced on 11/21/2011. The following property was seized from the defendant during his supervision term: one .22 caliber live round. This item was seized from the defendant's vehicle on 03/20/2012. Further investigation revealed that the defendant did not have knowledge of the live round being in his car and no action was taken by the probation office. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7682, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____  _____9-16-13_____
Signature of Judicial Officer              Date